UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GROVER D. JAMES,**

    **Plaintiff,**

v.                                                                        Case No. 4:19-cv-583-AW-HTC

**FLA. DEP'T. OF CORR., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 18, 2020 Report and Recommendation. ECF No. 12. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 12) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to state a claim."

3. The clerk will close the file.

SO ORDERED on April 20, 2020.

                                                                              s/ *Allen Winsor*
                                                                              United States District Judge